**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00563-CR

**BILLY JOE CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81619-2012**

## ORDER

On July 1, 2015, we struck appellant's brief and ordered him to file an amended brief that was redacted to include only the initials of the complaining witness and her sister. Appellant filed an amended brief on July 6, 2015 that does not comply with our order. The amended brief still contains at least one reference to the complaining witness using her full name. Therefore, we **STRIKE** appellant's amended brief filed on July 6, 2015. We **ORDER** appellant to file within **THREE** days of the date of this order, an amended brief that has been redacted to include only the initials of the complaining witness and her sister.

/s/  CRAIG STODDART
    PRESIDING JUSTICE